IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KENNETH R. CROWE,<br>Defendant. | CRIMINAL CASE NO. 18-00010-003<br><br>**ORDER** |

Having granted the United States' application to unseal, the court denies the above-named Defendant's motion to file the Entry of Appearance by its counsel under seal.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 31, 2018**