IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER aka JON WALKER,<br>MARVIN R. REED,<br>KENNETH R. CROWE, and<br>PHILLIP T. KAPP,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**ORDER**<br>Denying Motion to Appear Telephonically (ECF No. 121) |

Before the court is the United States' Motion to Appear Telephonically at Motions Hearing ("Motion to Appear Telephonically"). *See* ECF No. 121. The court has had an opportunity to review the United States' Supplemental Response and the Defendant Kapp's response to the government's filing. *See* ECF Nos. 125-26. The court DENIES the Motion to Appear Telephonically based on the court's finding that Special Agent Steven Albino's testimony is unnecessary in light of the offer of proof provided by the government and the statement of facts set forth in Defendant Kapp's Opposition to Motion to Revoke Pretrial Release.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 24, 2018**