James M. Maher
Law Office of James M. Maher
238 Archbishop Flores St., Ste 300
Hagatna, Guam 96910
Telephone: (671) 477-7892/4
Facsimile: (671) 477-7889
Jmp671@gmail.com

Mack K. Martin
Amber B. Martin
Martin Law Office
125 Park Avenue, Fifth Floor
Oklahoma City, OK. 73102
Telephone: (405) 236-8888
Facsimile: (405) 236-8844
Mack@martinlawoffice.net
Amber@martinlawoffice.net

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| -v- | ) | CASE NO. CR-18-10 |
| JOHN D. WALKER,<br>aka JON WALKER,<br>MARVIN R. REED,<br>KENNETH R. CROWE,<br>PHILLIP T. KAPP,<br>RANDALL ROGERS, and<br>HANSEN HELICOPTERS | ) | JOHN D. WALKER'S<br>RESPONSE TO PETITION<br>FOR ON ACTION ON<br>CONDITIONS OF<br>PRETRIAL RELEASE (ECF #734) |
| Defendants. | ) | |

Defendant, John D. Walker, by and through counsel, and in Response to the Petition for Action on Conditions of Pretrial Release (ECF #734) would show this Honorable Court as follows, to-wit:

As alleged in the Petition for Action on Conditions, Mr. Walker appeared on August 24, 2020 and submitted to a random drug test. The drug test showed positive for the substance, cocaine. Mr. Walker was informed of the result of the drug test.

Thereafter, Mr. Walker independently went to Access Lab LLC in Joplin, Missouri for an independent monitored drug test. (See Attachment #1 – Independent Drug Screen Test). Although the completed form states that the specimen was collected, labeled, sealed and released in accordance with applicable requirements, counsel has obtained the Policy for Urine Drug Screen and an independent confirmation that the sample was monitored by Mr. Shane Robinson (Attachment #2 – Policy for Urine Drug Scree and independent confirmation)

Mr. Walker was further contacted by United States Probation Officer, Mr. Damon Mitchell, on September 2, 2020, and directed to appear within the next week to have a sweat patch placed on his body to monitor substance usage. Mr. Walker appeared on September 2, 2020 to the designated location and a sweat patch was applied to body. Mr. Walker continues to wear the sweat patch as directed.

Wherefore, counsel respectfully submits the following information for consideration by the Court at the hearing on the Petition for Action on Conditions of Release scheduled for September 9, 2020.

Respectfully submitted.

MARTIN LAW OFFICE

/s/ *Mack K. Martin*
Mack K. Martin
Amber B. Martin
James M. Maher (Local Counsel)
ATTORNEYS FOR DEFENDANT
John D. Walker