**David J. Lujan**
**LUJAN & WOLFF LLP**
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064
Facsimile (671) 477-5297
Email djl@lawguam.com

*Counsel for Kenneth Rufus Crowe*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH RUFUS CROWE et al.,

Defendants.

Criminal Case 18-00010-003

KENNETH RUFUS CROWE'S NOTICE OF MOTION AND MOTION FOR ORDER THAT PROBATION PHOTOCOPY PAGES OF CROWE'S PASSPORT AND RELEASE THE SAME TO CROWE

Kenneth Rufus Crowe moves the Court to Order the Probation Office to photocopy pages of Mr. Crowe's U.S. passport and provide them to Mr. Crowe so that he may use it to renew certain work authorizations issued to him by government authorities in the Republic of the Philippines.

Mr. Crowe withdraws his motion for the temporary release of his passport (ECF 845).

**CRLR 12 STATEMENT**

The Court has previously ordered that Mr. Crowe's passport be released to him and allowed him to use it to travel to the Philippines. In each instance, Mr. Crowe returned to Guam within his allowed travel time. Given Mr. Crowe's repeated adherence to the

Court's orders, this motion should not require a hearing since Mr. Crowe asks only for photocopies of the pages of his passport.

## BASIS FOR MOTION

Mr. Crowe is employed as the Chief Pilot and Operations Manager of Hansen Helicopters, Inc., and is Vice President of Pacific.Spotters Corporation. Mr. Crowe's background is fully set out in a declaration that he filed in support of a motion for release of his passport and permission to travel to the Philippines, a motion that this Court granted. *See* ECF 430. While Mr. Crowe does not seek travel permission at this time, Mr. Crowe desires to keep his Philippine work authorizations current so that if and when the Court permits him to travel to the Philippines, his documents will be in order.

On November 6, 2020, this Court, notwithstanding the government's objections, ordered Probation to photocopy the United States passport of Phillip T. Kapp, a fellow Hansen employee and a co-defendant in this case, so that Mr. Kapp could similarly renew Philippine authorizations. *See* ECF 835. Mr. Crowe too requests Probation to photocopy his passport and the copies be given to him so that he may do likewise.

As noted in ECF 845, Counsel for Mr. Crowe sought the Government's cooperation in the release of Mr. Crowe's documents but the Government declined to assent to the request. For the Government to object to this motion would be simply ludicrous.

## LEGAL AUTHORITY

Mr. Crowe's pretrial release is governed by 18 U.S.C. § 3142. That law provides that "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C. § 3142(c)(3). A court also must impose on a

defendant "the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

The Court, previously having permitted Mr. Crowe to travel abroad and Mr. Crowe not having abused that permission, the request that his passport be photocopied by Probation and the copies be given to Mr. Crowe so that he may maintain his ability to work in the Philippines when and if the Court allows him to so travel, it is reasonable and appropriate that his motion be granted.

## CONCLUSION

Mr. Crowe respectfully prays that Probation be ordered to photocopy Mr. Crowe's U.S. passport and release the copies to him so that Mr. Crowe may use it to renew his work authorizations in the Philippines.

Respectfully submitted May 5, 2021.

_______________/s/_______________,
David J. Lujan,
*Counsel for Kenneth Rufus Crowe*