**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN D. WALKER, *et al.*,<br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**ORDER** |

Before the court is Defendant John D. Walker's Motion for Order Authorizing Steven R. Welk to Attend Hearings Remotely as Counsel for Defendant John D. Walker. *See* ECF No. 2061. Therein, counsel requests that he be granted appearance at the change of plea hearing of another defendant, as well as all future hearings in the case. *Id.* at 2. The motion is granted in part and denied in part.

Counsel for Defendant John D. Walker may appear remotely for all future proceedings involving his client. The request to appear at the change of plea hearing for another defendant, however, is denied. Public zoom for criminal proceedings is no longer available since the CARES Act had expired in May 2023, and since counsel plays no role in the change of plea hearing for another defendant, he is considered a public spectator for purposes of that specific hearing. Should counsel wish to attend and watch another defendant's change of plea hearing, he is welcome to do so in person.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 27, 2023**