SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER<br>aka JON WALKER, and<br>HANSEN HELICOPTERS, INC.,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**MOTION TO CORRECT CLERICAL ERROR** |

COMES NOW, the United States of America, by and through its undersigned counsel, and hereby moves the Court to issue an Order, pursuant to Federal Rule of Criminal Procedure 36, to correct a clerical error in the description of funds to be received by the Clerk of Court.

On January 30, 2025, the United States filed an Unopposed Motion for an Order to Deposit Funds, ECF No. 2236. Thereafter on January 31, 2025, the Court issued an Order Granting the United States' Unopposed Motion for an Order to Deposit Funds, ECF No. 2238. The United States' Unopposed Motion incorrectly identified the amount to be received by the Clerk of Court and deposited into the Court Registry as $3,200.00; the correct amount is **$3,860.00**.

//

WHEREFORE, the United States respectfully requests that this Court issue an Order correcting the amount to be received by the Clerk of Court from Aviatrix and deposited into the Court Registry from $3,200.00 to $3,860.00.

RESPECTFULLY SUBMITTED this 28th day of February, 2025.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: *<u>/s/ Stephen F. Leon Guerrero</u>*
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney



Case 1:18-cr-00010 Document 2254 Filed 02/28/25 Page 2 of 2