SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN D. WALKER<br>aka JON WALKER and<br>HANSEN HELICOPTERS, INC.,<br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**UNITED STATES' WITNESS LIST FOR THE SENTENCING OF DEFENDANTS JOHN D. WALKER AKA JON WALKER AND HANSEN HELICOPTER, INC.** |

COMES NOW, the United States of America, by and through its undersigned counsel, and pursuant to the Order (ECF No. 2263) hereby files with the Court the following proposed witness list to be used at sentencing. The United States reserves the right to amend or supplement this list as necessary.

**<u>UNITED STATES' WITNESS LIST</u>**

1. Aaron A. deVogel
   Aviation Safety Inspector
   Special Emphasis Investigation Team, Federal Aviation Administration
   Forth Worth, Texas

2. Luis Reyna
   Special Agent
   Internal Revenue Service – Criminal Investigation
   San Antonio, Texas

3. Misty Pena
Management and Program Analysis
Special Emphasis Investigation Team, Federal Aviation Administration
Forth Worth, Texas

4. Richard A. Ficarelli Jr.
Special Agent
Office of Inspector General
San Francisco, California

5. Rodney Roberts
Special Agent
Internal Revenue Service – Criminal Investigation
Hagatna, Guam

Dated this 20th day of May, 2025.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: */s/ Stephen F. Leon Guerrero*
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

By: */s/ Marie L. Miller*
MARIE L. MILLER
Special Assistant U.S. Attorney