Kirstin M. Ault
COMPLEX APPELLATE LITIGATION GROUP LLP
96 Jessie Street
San Francisco, CA 94105
Telephone: 415-649-6700
kirstin.ault@calg.com
Admitted *Pro Hac Vice*

Steven R. Welk
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
P: (949) 732-3724
F: (949) 732-3739
steven.welk@dentons.com
Admitted *Pro Hac Vice*

Vanessa L. Williams
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagatña, Guam 96910
P: (671) 922-5689 | (888) 477-5657
service@vlwilliamslaw.com

*Attorneys for Defendant John D. Walker*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER a/k/a JON WALKER, HANSEN HELICOPTERS, INC., ET AL,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**MOTION FOR ORDER AUTHORIZING KIRSTIN M. AULT TO ATTEND SENTENCING HEARING REMOTELY AS COUNSEL FOR DEFENDANT JOHN D. WALKER**<br><br>**[CVLR 7(1) and General Order 23-0011]** |

Kirstin M. Ault, admitted pro hac vice as counsel for Defendant John D. Walker on May 2, 2023 (ECF 1942), hereby moves the Court for an Order allowing her to appear remotely by video at the sentencing hearing of John D. Walker, set for June 6, 2025, in this matter, as well as all future hearings in this matter regarding Mr. Walker's sentencing, unless the Court requires a personal appearance. Ms. Ault resides in San Francisco, California and maintains her office there.

This motion is made pursuant to General Order 23-0011 and CVLR 7(l). The motion is made at least 48 hours before the hearing scheduled on June 6. A proposed order is lodged contemporaneously herewith.

Dated: May 28, 2025

Respectfully submitted,

**COMPLEX APPELLATE LITIGATION GROUP LLP**
/s/ Kirstin M. Ault
Kirstin M. Ault
Admitted *Pro Hac Vice*

**DENTONS US LLP**
*/s/ Steven R. Welk*
Steven R. Welk
Admitted *Pro Hac Vice*

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
*/s/ Vanessa L. Williams*
Vanessa L. Williams

*Attorneys for Defendant John D. Walker*