SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN D. WALKER aka JON WALKER,<br>Defendant. | CRIMINAL CASE NO. 18-00010<br><br>**UNITED STATES' RESPONSE TO DEFENDANT WALKER'S MOTION FOR COUNSEL TO APPEAR REMOTELY AT SENTENCING (ECF NO. 2289)** |

COMES NOW, the United States of America, by and through undersigned counsel, and herein respectfully files its Response to Walker's Motion for Counsel to Appear Remotely at the Sentencing Hearing (ECF No. 2289).

The Government does not object to the motion if counsel appearing remotely does not actively participate in the sentencing. Walker's lead counsel, Mr. Welk, intends to be present at the sentencing of Walker, a critical proceeding. *See* Fed. R. Ev. 43. The Government provided notice to Walker of its intent to present evidence supporting upward departure and 18 U.S.C. § 3553 factors (ECF Nos. 2268 and 2269). The Government also provided notice of its intent to present evidence (ECF No. 2278). The Government is concerned about absent counsel competently participating when she will not have access to the witnesses or exhibits as used. The Government

is also concerned about any further delay of the sentencing in this matter.

RESPECTFULLY SUBMITTED this 2nd day of June, 2025.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: * /s/ Stephen F. Leon Guerrero*
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

By: */s/ Marie L. Miller*
MARIE L. MILLER
Special Assistant U.S. Attorney