**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER a/k/a JON WALKER,<br><br>Defendant. | CRIMINAL CASE NO. 18-00010<br><br>**ORDER AUTHORIZING KIRSTIN M. AULT TO ATTEND SENTENCING HEARING REMOTELY AS COUNSEL FOR DEFENDANT JOHN D. WALKER** |

Before the court is Defendant John D. Walker's Motion for Order Authorizing Kirstin M. Ault to Attend Sentencing Hearing Remotely as Counsel for Defendant John D. Walker. *See* ECF No. 2289. Therein, counsel requests that she be granted permission to appear remotely at the sentencing hearing on June 6, 2025, as well as all future hearings regarding Mr. Walker's sentencing. The motion is granted on the condition that counsel may appear remotely simply to observe. If counsel intends to participate in the proceedings, then counsel shall appear in person. This applies to all counsel, both defense and government.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 02, 2025**