# Dr. Steven L. Williams

*Fellow of the American College of Emergency Physicians*
*21221 Finch Drive, Neosho, MO 64850*
*417-529-8315 stetanwil@yahoo.com*


October 11, 2022

Hon. Frances Tydingco-Gatewood
Chief District Judge
District Court of Guam
520 W. Soledad Ave FL 4
Hagatna, Guam 96910

RE: Mr. Jon Walker

Your Honor,

I would ask your consideration of Mr. Walker's contributions and standing in our community prior to sentencing. I have known Jon for ten years and have personal knowledge of many acts of kindness and generosity in our community. As a local physician I know and deal with many people in our area and can assure you Jon has earned a reputation as a caring and helping individual and is highly thought of.

Mr. Walker is not a violent man and from our perspective is not a threat to anyone. Any consideration to lessen or limit incarceration time would be very much appreciated by myself and our community.

I have no knowledge of his aviation business activities but I do know him personally and know him to be a fair and good man who is frequently helping and contributing to our community. I would humbly ask that his standing and contributions to his home community be considered during this process.

Steven L. Williams, DO, FACEP