SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney
MARIE L. MILLER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332

Attorneys for the United States of America

**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER,<br>aka JON WALKER, and<br>HANSEN HELICOPTERS, INC.,<br><br>Defendants. | CRIMINAL CASE NO. 18-00010<br><br>**ORDER GRANTING MOTION FOR FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS** |

The United States filed a Motion for Final Order of Forfeiture for Substitute Assets, ECF No. 2475, to forfeit the properties identified as:

a. 640,000 shares of common stock in Pacific.Spotters Corporation;

b. The balances owed to John D. Walker on four outstanding loans described as follows:

1) the Loan Document executed on June 1, 2020, between John D. Walker and Cherry Ann Espion for a loan of 26,000,000 Philippine pesos, with an outstanding balance due of approximately $232,811.45 USD;

2) the Loan Document executed on June 1, 2020, between John D. Walker and Oswald D. Espion for a loan of 26,000,000 Philippine pesos, with an outstanding balance due of approximately $232,811.45 USD;

3) the Loan Document executed on June 1, 2020, between John D. Walker and Antonio S. Padua for a loan of 26,000,000 Philippine pesos, with an outstanding balance due of approximately $232,811.45 USD; and

4) the Loan Document executed on June 1, 2020, between John D. Walker and Jeoffrey S. Sarimos for a loan of 26,000,000 Philippine pesos, with an outstanding balance due of approximately $232,811.45 USD.

c. The balance in bank account number 0000057850132 held in the name of Pacific. Spotters Corporation at Security Bank in the Philippines.

Pursuant to the Preliminary Order of Forfeiture for Substitute Assets, if no third-party files a timely claim, the Preliminary Order of Forfeiture for Substitute Assets shall become the Final Order of Forfeiture for Substitute Assets as provided by Fed. R. Crim. P. 32.2(c)(2). *See* ECF No. 2468. No claimants filed a timely claim for the subject properties.

Accordingly, the Preliminary Order of Forfeiture for Substitute Assets is final and all right, title, claim and interest of any and all persons or entities in and to the subject properties are forfeited to the United States. The Internal Revenue Service-Criminal Investigation is hereby authorized to dispose of the forfeited properties in accordance with the law.

The court shall retain jurisdiction to enforce this Final Order of Forfeiture for Substitute Assets, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 02, 2026**